AO 245D-CAED (Rev. 9/01) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.

WILLIAM DREW FARMER

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **05-cr-0014 CMK**

John Kucera
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of charge(s) 4 as alleged in the petition filed on June 21, 2006.
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 18 USC 3401(d) | Violate Terms and Conditions of Probation | 4/24/2006 |
| 18 USC 3401(d) | Violate Terms and Conditions of Probation | 4/25/2006 and 5/9/2006 |
| 18 USC 3401(d) | Violate Terms and Conditions of Probation | 6/12/2006 |
| 18 USC 3401(d) | Violate Terms and Conditions of Probation | 6/12/2006 |

The court: [X] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on February 7, 2006.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X] Charge(s) 1, 2, and 3 is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

June 27, 2006
Date of Imposition of Sentence

/s/ signature
Signature of Judicial Officer

CRAIG M. KELLISON, United States Magistrate Judge
Name & Title of Judicial Officer

June 28, 2006
Date

AO 245B-CAED (Rev. 9/01) Sheet 2 - Imprisonment

CASE NUMBER: CA75/01-50024
DEFENDANT: NONNIE L. BROWN

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of two (2) days.

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[ ]  The defendant is remanded to the custody of the United States Marshal.

[X]  The defendant shall surrender to the United States Marshal for this district.
     [X] at 3:00p.m. on July 21, 2006.
     [ ] as notified by the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal